IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN DAVIS, SR.,

        Plaintiff,                    No. 2:08-cv-2161 JFM (PC)

    vs.

DAVID R. SHAW, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 19, 2008, plaintiff's complaint was dismissed and plaintiff was granted thirty days in which to file an amended complaint. On December 1, 2008, plaintiff filed a document entitled "Notice of Declining First Amendment Due to Secretive Agenda Among CDCR and the Judges etc." Plaintiff speculates as to the education and background of the undersigned and then points out his own lack of education and present reading and language scores. Plaintiff asks the court to re-read his original complaint and declines to file an amended complaint.

        This court is not unsympathetic to plaintiff's situation. However, this court is constrained by binding precedent as well as the Federal Rules of Civil Procedure. While pro se plaintiff's filings are liberally construed under Ninth Circuit authority, pro se plaintiffs are still

1  required to first exhaust their administrative remedies prior to filing in federal court and may not
2  press claims beyond the one year statute of limitations period.
3       Moreover, plaintiff is not unfamiliar with filing lawsuits in this district.  See Case
4  Nos. 1:07-cv-0281 LJO DLB Davis v. Talisman, 1:07-cv-0302 LJO DLB, Davis v. Jordin, 2:07-
5  cv-0416 LKK DAD, Davis v. Knowles, and 2:07-cv-1530 FCD EFB Davis v. Felker.[1]
6       Good cause appearing, plaintiff will be granted one final extension of time in
7  which to file an amended complaint that complies with this court's November 19, 2008 order.
8  Should plaintiff fail to file an amended complaint, or again decline to amend, the court will
9  recommend that the instant action be dismissed.
10      In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted
11 an additional thirty days in which to file an amended complaint that complies with this court's
12 November 19, 2008 order.
13 DATED:  December 16, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

17 /001; davi2161.amd

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

2

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  BRYAN DAVIS, SR.,
11           Plaintiff,                 No. 2:08-cv-2161 JFM (PC)
12      vs.
13  DAVID R. SHAW, et al.,              NOTICE OF AMENDMENT
14           Defendants.
15  _____/
16       Plaintiff hereby submits the following document in compliance with the court's
17  order filed _____:
18       _____        Amended Complaint
19  DATED:
20
21
                                        _____
22                                      Plaintiff
23
24
25
26
                                       3